**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01304-CMA-CBS

JOSEPH DANILUK,

    Plaintiff,

v.

NORFOLK SOUTHERN RAILWAY COMPANY,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Granting Defendant's Motion for SummaryJudgment of Judge Christine M. Arguello entered on January 12, 2015 it is

ORDERED that, Defendant's Motion for Summary Judgment (Doc. # 21) is GRANTED.  Accordingly, this case is DISMISSED WITH PREJUDICE.

FURTHER ORDERED that, there is no just reason for delay of entry of final judgment in favor of Defendant Norfolk Southern Railway Company and against Joseph Daniluk .

    Dated at Denver, Colorado this 12th day of January, 2015.

                                    FOR THE COURT:
                                    JEFFREY P. COLWELL, CLERK

                              By: s/   Sandra Hartmann

Sandra Hartmann
Deputy Clerk